IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CR-136-FL

| United States of America | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Matthew Brian Warford | ) | |

On September 24, 2014, Matthew Brian Warford ("movant"), proceeding pro se, filed a motion to obtain free copies of docket entries 11, 18, 19, 45 and 46 [D.E. 73]. Movant alleges that he is indigent and cannot afford the cost of these documents. Movant offers no explanation as to why he seeks these documents.

On March 24, 2014, movant filed a notice of appeal [D.E. 68]. On September 29, 2014, the Fourth Circuit Court of Appeals entered a judgment denying the certificate of appealability and dismissed movant's appeal [D.E. 72]. Movant has no pending motions seeking relief. In the absence of a pending proceeding, movant cannot be provided copies of docket entries at the government's expense. See 28 U.S.C. § 753(f). Further, in order to receive free copies, an indigent must show a proper ground for relief and that the requested documents are indispensable. See United States v. Glass, 317 F.2d 200, 202-203 (4th Cir. 1963). Movant fails to show a particularized need for the requested documents and does not have a pending appeal or habeas corpus petition. Accordingly, Warford's motion for free copies of docket entries 11, 18, 19, 45 and 46 is DENIED [D.E.73].

SO ORDERED. This 6th day of November 2014.

Julie A. Richards
Clerk of Court